NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRITTANY R. LEONARDI, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO.; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. CV08-05204 CAS (SSx)<br><br>[HONORABLE CHRISTINA A. SNYDER COURTROOM 5]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION |

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, AND DECREED that all parties to this action shall obey the provisions of the Stipulation for Protective Order filed by the parties on February 17, 2009.

**IT IS SO ORDERED.**

All future **discovery filings shall** include the following **language** on the cover page:
"[Referred to Magistrate Judge Suzanne H. Segal]"

IT IS SO ORDERED.

DATED: 2/18/09

_[signature]_
UNITED STATES MAGISTRATE JUDGE

---

[PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

LAI 6771122.1