1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JS-6

| | |
|---|---|
| BRITTANY R. LEONARDI, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALGREEN CO.; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No. CV08-05204 CAS (SSx)<br><br>[HONORABLE CHRISTINA A. SNYDER COURTROOM 5]<br><br>**ORDER RE DISMISSAL** |

IT IS HEREBY ORDERED that the case of *Leonardi v. Walgreen Company*, Civil Action No. CV08-05204 CAS (SSx) is DISMISSED WITH PREJUDICE as to all claims asserted by Plaintiff Brittany Leonardi.  The case is dismissed without prejudice as to all class claims.

Dated: May 7, 2009

_____
The Honorable Christina A. Snyder

LA1 6783665.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA1 6783665.1